UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KIMBERLY MANSHACK, ET AL         CIVIL ACTION NO. 13-cv-3231

VERSUS                            JUDGE FOOTE

OCWEN LOAN SERVICING, LLC        MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Defendant Ocwen Loan Servicing, LLC removed this case based on an assertion of diversity jurisdiction. The Notice of Removal does not, however, present facts sufficient to satisfy Ocwen's burden of establishing diversity of citizenship.

The notice describes the two plaintiffs as "residents" of Louisiana. It is domicile rather than mere residency that decides citizenship for diversity purposes, and "[i]t is well established that an allegation of residency does not satisfy the requirement of an allegation of citizenship." Great Plains Trust Co. v. Morgan Stanley, 313 F.3d 305, 310 n. 2 (5th Cir. 2002), quoting Strain v. Harrelson Rubber Co., 742 F.2d 888 (5th Cir. 1984).

Ocwen describes itself as a Florida limited liability company with its principal place of business in Florida. The citizenship of an LLC is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). If the members are themselves partnerships, LLCs, corporations or other form of entity, their citizenship must be alleged in accordance with the rules applicable to that entity, and the citizenship must be

traced through however many layers of members or partners there may be. <u>Feaster v. Grey Wolf Drilling Co.</u>, 2007 WL 3146363 (W.D. La. 2007). The court has explained the need for such detail in cases such as <u>Burford v. State Line Gathering System, LLC</u>, 2009 WL 2487988 (W.D. La. 2009).

Ocwen will be allowed until **January 17, 2014** to file an amended notice of removal that addresses the issues discussed above. If Ocwen meets its burden of establishing diversity jurisdiction, a scheduling conference will be set. If not, the case will be subject to remand.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 19th day of December, 2013.

_____
Mark L. Hornsby
U.S. Magistrate Judge